IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD ASTAR,<br><br>        Plaintiff,<br><br>vs.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a Wisconsin Mutual Insurance Company,<br><br>        Defendant. | Case No.: 1:18-cv-4895<br><br>Judge:<br><br>Magistrate Judge: |

**THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY'S
<u>NOTICE OF REMOVAL OF CLAIMS AND CIVIL ACTION</u>**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, defendant The Northwestern Mutual Life Insurance Company ("Northwestern"), hereby removes the above-captioned action, pending as Case No. 18L453 in the Lake County, Illinois Circuit Court of the Nineteenth Judicial Circuit, to the United States District Court for the Northern District of Illinois. Northwestern believes that Plaintiff's claims are without merit and will dispute them at the appropriate time, but for purposes of removal state as follows:

**<u>State Court Action</u>**

1. Northwestern is named as the sole defendant in a civil action filed by plaintiff Donald Astar pending in the Lake County, Illinois Circuit Court of the Nineteenth Judicial Circuit, Case No. 18L453 ("the State Court Action"). Pursuant to 28 U.S.C. § 1446(a), a copy of all process and pleadings, consisting of the summons and complaint are attached as <u>Exhibit A</u>.

2. Northwestern was served on June 18, 2018. As such, pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely filed within thirty (30) days of service upon Northwestern.

3. The Notice of Removal is properly filed in the United States District Court for the Northern District of Illinois because the Lake County, Illinois Circuit Court of the Nineteenth Judicial Circuit is located in this federal judicial district. See 28 U.S.C. § 1441(a).

4. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiff and a copy, along with a Notice of Filing of Notice of Removal, is being filed with the Clerk of the Lake County, Illinois Circuit Court of the Nineteenth Judicial Circuit.

**Diversity Jurisdiction**

5. The United States District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is now and there was at the time of the filing of the Complaint in the State Court Action complete diversity of citizenship between the parties and because the allegations of the Complaint in the State Court Action place at issue an amount in controversy in excess of $75,000, exclusive of interest and costs.

6. Northwestern's recitation in this Notice of Removal of the allegations asserted in the State Court Action is not an admission of those allegations nor an admission that Plaintiff is entitled to any of the relief he seeks.

7. Plaintiff Donald Astar is alleged to be an individual who resides in Antioch, Lake County, Illinois. *See* Ex. A., Compl. ¶ 1. Upon information and belief, Donald Astar is domiciled in the State of Illinois, and accordingly, is a citizen of the State of Illinois, both now and at the time of filing the State Court Action.

8. Defendant Northwestern is now and was at the time of the filing of the State Court Action a Wisconsin mutual insurance company duly authorized to do business in the State of Illinois, with its principal place of business located at 720 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.

9. Under Wisconsin law, domestic mutual insurance companies are incorporated and treated as corporations under Wisconsin law. Wis. Stat. § 611.02(2) ("The purposes of this chapter are: (a) To provide a complete, self-contained procedure for the formation of insurance corporations. . . ."); Wis. Stat. §§ 611.11- 611.13 (demarking process for incorporation and issuance of a certificate of incorporation for mutual insurance companies); Wis. Stat. § 611.07 (applying the powers and procedures for Wisconsin non-stock corporations found in Chapter 180 of the Wisconsin Statutes to mutual insurance companies). Where an insurance company is treated as a corporation under state law, it is treated as a corporation for purposes of diversity of citizenship. *Mutual Serv. Cas. Ins. Co. v. Country Life Ins. Co.*, 859 F.2d 548, 550-51 (7th Cir. 1988) (holding that whether a mutual insurance company is a corporation for diversity purposes depends on state law and that because Minnesota law provides that a mutual insurance company is incorporated under Minnesota law, Minnesota mutual insurance companies are corporations for diversity purposes). Therefore, Northwestern is now and was at the time of filing of the State Court Action a citizen of Wisconsin.

10. Because Plaintiff is now and was at the time of the filing of the Complaint a citizen of the State of Illinois and because Northwestern is now and was at the time of the filing of the Complaint a citizen of Wisconsin, complete diversity of citizenship exists between Plaintiff and Northwestern.

11. The amount of controversy in this action exceeds the sum or value of $75,000, exclusive of interest and costs. Plaintiff's complaint alleges Plaintiff has been damaged in the amount of $625,112.00 and requests the court enter judgment in that amount. *See* Ex. A., Compl. ¶ 12, WHEREFORE clause.

12. Because there is complete diversity between the parties and because the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, this Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332.

13. Northwestern hereby removes this action. By filing this Notice of Removal, Northwestern does not waive any objections to venue or any other defense.

WHEREFORE, Northwestern gives notice that the State Court Action now pending in the Lake County, Illinois Circuit Court of the Nineteenth Judicial Circuit is removed from that Court to this United States District Court for the Northern District of Illinois.

Dated this 18th day of July, 2018.

Respectfully submitted,

By: */s/Brian C. Spahn*
Brian C. Spahn
Illinois State Bar No. 6290809
Godfrey & Kahn, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Telephone: 414-273-3500
Facsimile: 414-273-5198
Email: bspahn@gklaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 18, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A copy of same will be sent to all counsel of record by U.S. mail and email on July 18, 2018:

C. Jeffrey Thut<br>
Noonan, Perillo & Thut<br>
25 North County Street<br>
Waukegan, IL 60085<br>
jthut@npt-law.com

By: */s/Brian C. Spahn*

19172662.2